IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| BALE CHEVROLET COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 08-CV-0056 |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**JOINT NOTICE OF SETTLEMENT AND
MOTION TO VACATE TRIAL DATE**

The parties notify the Court that on July 10, 2008 they settled the issue regarding Bale Chevrolet's liability for penalties relating to Bale Chevrolet's failure to file four IRS Forms 8300 during the years 1998-2000. The parties had hoped by now to resolve the only remaining issues—whether Bale is entitled to an award of attorney fees, and if so in what amount—but have not yet been able to do so.

The United States has not conceded that Bale is entitled to any attorney fee award. But the United States requested supporting documentation from Bale for the amount of attorney fees that have been incurred and a declaration and supporting documentation demonstrating that Bale meets the prerequisites for attorney fees set forth in IRS § 7430, particularly § 7430(c)(4)(A)(ii) and 28 U.S.C. § 2412(d)(2)(B), related to its net worth and number of employees at the time the action was filed. Bale has not yet submitted that information.

The parties hope to be able to resolve the attorney fee issue within 60 days. If they are unable to do so, then they will submit to the Court papers detailing the dispute as to attorney fees so that the Court can decide the issue.

Because of the settlement of the penalty issue, however, there is no need for a trial, and so the parties ask the Court to vacate the December 15 trial date, and order Bale to submit an attorney fee application by January 20, 2009, if the parties do not resolve the attorney fee issue before that.

JANE DUKE
United States Attorney

s/ Shana M. Starnes
SHANA M. STARNES
Pennsylvania Bar 201317
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1707
shana.m.starnes@usdoj.gov

*Attorneys for Defendant United States of America*

Dated: November 25, 2008

        s/John C. Earl
        John C. Earl
        Attorney at Law
        Tower Building, Suite 1300
        323 Center Street
        Little Rock, AR 72201


        s/Eugene Sayre
        Eugene Sayre
        Ark. Sup. Ct. No. 75111
        JACK, NELSON, JONES,
        FINK, JILES & GREGORY, P.A.
        Suite 3400
        425 West Capitol Avenue
        Little Rock, AR 72201
        (501) 375-1122- office
        gsayre@jacknelsonjones.com

        *Attorneys for Plaintiff,*
        *Bale Chevrolet Company*

Dated: November 25, 2008

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| BALE CHEVROLET COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 08-CV-0056 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE TRIAL DATE was made upon the following by electronically filing it with the Clerk of Court using the CM/ECF service, this 25th day of November, 2008.

s/Eugene Sayre
Eugene Sayre
JACK, NELSON, JONES,
FINK, JILES & GREGORY, P.A.
Suite 3400
425 West Capitol Avenue
Little Rock, AR 72201
(501) 375-1122- office
gsayre@jacknelsonjones.com

                                        s/ Shana M. Starnes
                                        SHANA M. STARNES
                                        Pennsylvania Bar 201317
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 7238
                                        Washington, D.C. 20044
                                        Telephone: (202) 616-1707
                                        Email: shana.m.starnes@usdoj.gov