IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

BALE CHEVROLET COMPANY                                                              PLAINTIFF

V.                                    CASE NO. 4:08CV0056 BSM

UNITED STATES OF AMERICA                                                          DEFENDANT

## ORDER

Based on the parties' notice of settlement, the December 15, 2008 trial date is hereby vacated and the case is dismissed. Plaintiff is directed to submit an attorney's fee application by January 20, 2009.

IT IS SO ORDERED this 1st day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE